

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2022

No. 04-22-00572-CV

**FRITZ MANAGEMENT, LLC**, Fries Restaurant Management, LLC, and Sun Holdings, Inc.,
Appellants

v.

**ALFORTISH CONTRACTORS, LLC**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI07323
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

In this interlocutory appeal from the trial court's order denying their motion to compel arbitration, appellants have filed a Motion to Stay Trial Court Proceedings. Appellee has filed a response opposing the motion and appellants have filed a reply.

Appellants' motion for a stay of trial court proceedings is GRANTED. All proceedings in the underlying case are STAYED until disposition of this appeal or further order from this court.

It is so **ORDERED** on September 9, 2022.

**PER CURIAM**

ATTESTED: _____
MICHAEL A. CRUZ,
CLERK OF COURT